UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOHAMMAD AND PARVANNAH MAHBOD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3266** |
| **NEW YORK LIFE INSURANCE COMPANY, FIRST VARIABLE LIFE INSURANCE COMPANY, MERSEDEH EBRAHIMI BUSSE** | **SECTION "T"(2)** |

## ORDER

Pending before this Court is a Motion for Summary Judgment filed on behalf of New York Life Insurance Company (Rec. Doc. 44) and a Motion for Summary Judgment filed on behalf of First Variable Life Insurance Company (Rec. Doc. 60).

The Motion for Summary Judgment, filed on behalf of New York Life, was set for hearing on August 15, 2007, to be considered on the briefs. The motion requested the Court to dismiss the claims against New York Life with prejudice claiming that plaintiff's claims are barred by *res judicata*. In addition, New York Life asked for sanctions against the plaintiff and his counsel for pursuing a duplicative action.

On August 14, 2007, a status conference was held by the Court and plaintiff's Motion to Withdraw as Counsel of Record (Rec. Doc. 41) was granted and John-Michael Lawrence, previous counsel for the plaintiff, was ordered to file his response, if any, to the Motion for Sanctions (Rec. Doc. 55). On October 12, 2007, Mr. Lawrence filed a Response in Opposition

to New York Life's Motion for Summary Judgment (Rec. Doc. 68) which addressed the merits of the Motion for Summary Judgment.  However, at the time of this filing, Mr. Lawrence no longer represented the plaintiff in this matter.  The Court looks to Mr. Lawrence's opposition only as it relates to the motion for sanctions against him.

While Rule 11 gives the Court the discretionary authority to impose sanctions, the Court finds that sanctions are not warranted in this matter.   Because of plaintiffs' failure to file an opposition to New York Life's Motion for Summary Judgment, and as it appears to the Court that the motion has merit, the Court finds that New York Life should be dismissed, with prejudice, from this action.

With respect to the Motion for Summary Judgment filed on behalf of First Variable, no opposition was filed by the plaintiffs.  Based on plaintiffs' failure to state an opposition to the motion, and as it appears to the Court that the motion has merit, the Court finds that First Variable's Motion for Summary Judgment shall be granted.

Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed on behalf of New York Life Insurance Company (Rec. Doc. 44) is **GRANTED IN PART**, as to the dismissal of New York Life Insurance Company from the suit, and **DENIED IN PART**, as to the request for sanctions.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed on behalf of First Variable Life Insurance Company (Rec. Doc. 60) is **GRANTED.**

New Orleans, Louisiana, this 13th day of November, 2007.

_____
**G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE**